TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00596-CR







Robert Jeremy Lara, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 00-911-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Patricia J. Cummings, is ordered to tender a brief in this cause no later than May 2,
2002. No further extension of time will be granted.

It is ordered March 18, 2002. 


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish